**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

BAYOU SHORES SNF, LLC,                                  CASE NO: 8:14-bk-009521-MGW

    Debtor.
_____/

FLORIDA AGENCY FOR HEALTH CARE
ADMINISTRATION, and THE UNITED                    CASE NO: 8:14-cv-02816-T-30
STATES OF AMERICA, ON BEHALF                      (Lead Case) as consolidated with
OF THE SECRETARY OF THE UNITED                    8:14-cv-02617-T-30;
STATES DEPARTMENT OF HEALTH                       8:15-cv-00103-T-30 and
AND HUMAN SERVICES,                                       8:15-cv-00128-T-30

    Appellants,

v.

BAYOU SHORES SNF, LLC,

    Appellee.
_____/

# ORDER

THIS CAUSE came before the Court upon Appellee's Motions to Dismiss (Dkts. 54 & 61) and Appellants' Responses thereto. On May 19, 2015, the Court held a hearing on the Motions and heard oral argument from the parties. For the reasons stated on the record and upon further review and consideration, it is

ORDERED AND ADJUDGED that:

1.     Appellee's Motions to Dismiss (Dkts. 54 & 61) are denied.

2. Appellee's brief in response to AHCA's Second Appeal shall be filed within fourteen (14) days of this Order.

**DONE** and **ORDERED** in Tampa, Florida on May 19, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

*S:\Even\2014\14-cv-2816 mtd 54 61.wpd*