**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

AGENCY FOR HEALTH CARE
ADMINISTRATION and THE UNITED
STATES OF AMERICA,

    Appellants,

v.                                                       Case No: 8:14-cv-2816-T-30

BAYOU SHORES SNF LLC,

    Appellee.
_____

**ORDER**

THIS CAUSE comes before the Court upon Appellee's Motion for Stay Pending Appeal of the Order Reversing the Confirmation Order with Respect to the Assumption of the Debtor's Medicare and Medicaid Provider Agreements (Dkt. #77) and the Responses (Dkts. #80, #82) filed in opposition thereto.   Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Appellee's Motion for Stay Pending Appeal of the Order Reversing the Confirmation Order with Respect to the Assumption of the Debtor's Medicare and Medicaid Provider Agreements (Dkt. #77) is GRANTED in part.

2. The Reversal Order (Dkt. #72) is STAYED for a period of ninety (90) days from the date of this Order (with no bond required) so that Appellee may provide its

residents with sufficient notice to make suitable arrangements for his or her transfer and care.

      3.     Appellee may seek an additional stay directly from the Eleventh Circuit if it so chooses.

      **DONE** and **ORDERED** in Tampa, Florida, this 20th day of July, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Even\2014\14-cv-2816 stay 77.docx